IN THE SUPREME COURT OF TEXAS

 No. 11-0138

 IN RE VALERO ENERGY CORPORATION, THE PREMCOR REFINING GROUP INC. D/B/A
 VALERO PORT ARTHUR REFINERY, VALERO MARKETING AND SUPPLY COMPANY AND PORT
 ARTHUR COKER COMPANY, L.L.P.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for stay, filed February 22, 2011,
is granted. The March 7, 2011 trial setting in Cause No. E-181,986, styled
Juan Martinez, et al. v. Valero Energy Corporation and Wyatt Field Service
Company, et al., in the 172nd District Court of Jefferson County, Texas, is
stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 2, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk